# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RAFAEL A. VASQUEZ & CONNIE A. VASQUEZ  Case Number: 06-70012
9765 POPPY DRIVE           SSN-xxx-xx-3838 & xxx-xx-6260
MACHESNEY PARK, IL  61115

Case filed on: 1/4/2006
Plan Confirmed on: 6/9/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $24,056.10     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 003 | WASHINGTON MUTUAL HOME LOANS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPARTMENT OF PUBLIC AID/MRU | 9,738.64 | 9,738.64 | 4,369.42 | 0.00 |
|  | Total Priority | 9,738.64 | 9,738.64 | 4,369.42 | 0.00 |
| 999 | RAFAEL A. VASQUEZ | 0.00 | 0.00 | 1,880.75 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,880.75 | 0.00 |
| 002 | WELLS FARGO | 13,660.17 | 13,660.17 | 13,660.17 | 0.00 |
|  | Total Secured | 13,660.17 | 13,660.17 | 13,660.17 | 0.00 |
| 001 | ECAST SETTLEMENT CORPORATION | 6,802.21 | 6,802.21 | 0.00 | 0.00 |
| 005 | ASPIRE VISA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | B-LINE LLC | 952.14 | 952.14 | 0.00 | 0.00 |
| 007 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FORD MOTOR CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MCCBG | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 1,374.48 | 1,374.48 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | WELLS FARGO FINANCIAL | 6,486.38 | 6,486.38 | 0.00 | 0.00 |
| 015 | WELLS FARGO FINANCIAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROUNDUP FUNDING LLC | 2,133.36 | 2,133.36 | 0.00 | 0.00 |
| 017 | ROUNDUP FUNDING LLC | 1,029.02 | 1,029.02 | 0.00 | 0.00 |
|  | Total Unsecured | 18,777.59 | 18,777.59 | 0.00 | 0.00 |
|  | Grand Total: | 45,018.15 | 45,018.15 | 22,752.09 | 0.00 |

Total Paid Claimant:    $22,752.09
Trustee Allowance:      $1,304.01
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan